UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                          )    CASE NO: 04-53762-399
                                )
ERIC M SAAVEDRA                 )
                                )    CHAPTER 13
SHEILA S SAAVEDRA               )
                                )
                DEBTOR(S)       )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

    COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


CINGULAR WIRELESS
PO BOX 309                           $         97.90

PORTLAND OR
023694          97207-0309


                           /s/ John V. LaBarge, Jr.
                           ----------------------------------
DATE: March 31, 2010       JOHN V. LABARGE, JR.,
                           CHAPTER 13 TRUSTEE
                           P.O. Box 430908
                           St. Louis, MO 63143
BG -091                    (314) 781-8100   trust33@ch13stl.com